FULFORD, Appellant, v. LANGLEY, Respondent. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Action by Thomas B. Fulford against Sarah J. Todd Langley. No opinion. Judgment unanimously affirmed, with costs.

FULMER, Appellant, v. FULMER, Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Chester B. Fulmer against Grace M. Fulmer. PER CURIAM. Order modified, by reducing the allowance for counsel fee to the sum of $500, and, as modified, affirmed, without costs. WOODWARD, J., dissents.

GAGE v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by Peter A. Gage against the city of New York and others. No opinion. Motion to certify questions to the Court of Appeals denied, with $10 costs, and motion to resettle order granted.

In re GALL. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) In the matter of the judicial settlement of the account of Amelia Gall, as administratrix, etc. No opinion. Motion granted.

GALLAGHER, Respondent, v. NEWMAN, Appellant. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Annie Gallagher, as administratrix, against Edgar B. Newman. L. S. Garrere, for appellant. J. A. Allen, for respondent. No opinion. Order affirmed, with costs.

GALLAGHER, Respondent, v. TUITE et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Margaret Gallagher against Thomas W. Tuite, individually and as administrator, etc., of Bridget Dillon, deceased, and others. PER CURIAM. Judgment affirmed, with costs.

BARTLETT and MILLER, JJ., dissent.

CAYARD et al., Respondents, v. TEXAS CRUDE OIL & MINING CO. et al., Appellants (four cases). (Supreme Court, Appellate Division, First Department. December 8, 1905.) Actions by Julius Cayard and others against the Texas Crude Oil & Mining Company and others. H. H. Niemann, for appellants. W. C. Low, for respondents. No opinion. Judgments affirmed, with costs, with leave to defendant to withdraw demurrers and to answer, on payment of costs in this court and in the court below.

GEDNEY v. SIAS et al. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Mary E. Gedney against Arthur W. Sias and others. No opinion. Motion denied, on appellant paying $10 costs and stipulating to be ready for January term.

GEIN v. LITTLE. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Louis Gein against William M. Little. No opinion. Motion denied, with $10 costs.

GENET v. PRESIDENT, ETC., DELAWARE & H. CANAL CO. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Augusta G. Genet against the president, etc., of the Delaware & Hudson Canal Company. No opinion. Motion denied, with $10 costs.

GIBBS, Respondent, v. UNION RY. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Mary J. Gibbs against the Union Railway Company of New York. B. H. Ames, for appellant. C. Caldwell, for respondent. No opinion. Judgment and order affirmed, with costs.

GIBSON, Respondent, v. STENTON et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Burton W. Gibson against Louisa M. Stenton and others. W. A. Boyd, for appellants. A. E. Blackmar, for respondent. No opinion. Interlocutory judgment affirmed, with costs.

GLASER v. HOME INS. CO. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Joseph Glaser against the Home Insurance Company. No opinion. Upon filing usual stipulation for judgment absolute, motion granted.

GLEICH, Respondent, v. COBB, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Harry Gleich against Jacob L. Cobb. No opinion. Judgment affirmed, with costs.

GLOBE & RUTGERS FIRE INS. CO. v. ROBBINS & MYERS CO. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by the Globe & Rutgers Fire Insurance Company against the Robbins & Myers Company. No opinion. Motion denied, with $10 costs.

GOLDMARK v. SEACOAST PACKING CO. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Ralph W. Goldmark against the Seacoast Packing Company. No opinion. Resubmission of motion ordered.

GOLDMARK et al., Respondents, v. SEACOAST PACKING CO., et al., Appellants. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Action by Ralph W. Goldmark and others against the Seacoast Packing Company and others. No opinion. Motion denied, with $10 costs.

GOODMAN, Respondent, v. MAZE, Appellant. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Martin M. Goodman against Montgomery Maze.

W. N. Cohen, for appellant. J. E. Duress, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GOTT, Respondent, v. BROOKLYN HEIGHTS R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Edward A. Gott against the Brooklyn Heights Railroad Company. No opinion. Motion to resettle order denied.

GRACE, Respondent, v. VACAS-SAN MARCUS MIN. & MILL. CO., Appellant. (Supreme Court, Appelate Division, Second Department. December 29, 1905.) Action by William J. Grace against the Vacas-San Marcos Mining & Milling Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

GREGORY, Respondent, v. ELMIRA WATER, LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by Chester H. Gregory against the Elmira Water, Light & Railroad Company. No opinion. Motion granted.

GROH, Respondent, v. FLAMMER, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Julia A. Groh, individually, etc., against J. George Flammer. T. F. Keogh, for appellant. A. I. Elkus, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below.

In re GROPPE. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) In the matter of the application of Francis Groppe for letters of administration with the will annexed of the goods, chattels, and credits which were of John Groppe, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

GRUENSTEIN v. GURLEY. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Action by Moritz Gruenstein against George B. Gurley. No opinion. Motion denied on terms stated in order. Order filed.

GUITERMAN et al., Appellants, v. ECLIPSE MFG. Co., Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Sigmund Guiterman and others against the Eclipse Manufacturing Company. E. Masten, for appellants. J. S. Sheppard, for respondent. No opinion. Judgment affirmed, with costs.

GUTH, Respondent, v. BARTH, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Minnie Guth against Joseph Barth, sued as John Barth. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

GUTH, Respondent, v. BARTH, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Minnie Guth against Joseph Barth. No opinion. Motion for a stay denied.

GWYNNE, Appellant, v. ALTONWOOD PARK CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Robert Gwynne, Jr., against the Altonwood Park Company of New York. No opinion. Order affirmed, with $10 costs and disbursements.

HALE, Appellant, v. WORSTELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by William H. Hale against John P. Worstell and Joseph P. McNamara, inpleaded with others.

PER CURIAM. We think there was power at the Special Term to make the order appealed from, but that the discretion was not judiciously exercised in this case. No injury can occur by respecting the judgment of the Special Term and of this court pending the appeal to the Court of Appeals, and it does not appear to us as a proper case for suspending its operation. Order reversed, with $10 costs and disbursements, and motion denied, with costs. See 95 N. Y. Supp. 485.

In re HALL. (Supreme Court, Appellate Division, Third Department. January 16, 1906.) In the matter of the application of Wilton Avedis Hall for admission to practice as an attorney and counselor at law. No opinion. Motion granted.

HAMILTON, Appellant, v. SCHER, Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Frederick J. Hamilton against Wolf Scher. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

HAND, Respondent, v. EGBERT, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by E. Alexander Hand against George W. Egbert. No opinion. Judgment and order of the County Court of Kings county affirmed, with costs.

HANLON, Respondent, v. CENTRAL R. CO. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Margaret E. Hanlon against the Central Railroad Company of New Jersey. No opinion. Judgment and order unanimously affirmed, with costs.

HANLON, Respondent, v. CENTRAL R. CO. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Margaret E. Hanlon against the Central Railroad Company of New Jersey. No opinion. Motion for leave to appeal to the Court of Appeals denied.

HANNAN, Respondent, v. BOLDIN, Appellant. (Supreme Court, Appellate Division,